Monday,
January 10,
1859.

THE STATE v. STOGEL.

APPEAL from the *Lawrence* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is reversed on the authority of *Ingersoll* v. *The State*, at this term (1).

The judgment is reversed with costs.  Cause remanded, &c.

R. C. *McAfee*, for the state.

J. *Baker*, for the appellee.

(1) The case next preceding.